**13 CV 3257**

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368
USA

District of New York

Case Number Pending
Motion to File Electronically

Crystal L. Cox, Plaintiff
1-5 John and Jane Doe Plaintiffs

v.

Defendant(s)

**Motion / Proposed Order to Allow Plaintiff Crystal L. Cox to submit documents, court filings, responses electronically in this court.**

I, Plaintiff Crystal Cox, in my Pro Se Capacity, request this court's permission to submit filings electronically in this case.

Plaintiff Crystal Cox alleges it to be the most cost effective way for this court to allow Pro Se Plaintiff Crystal L. Cox to submit all legal filings, documents and motions electronically.

I, Crystal L. Cox in my Pro Se Capacity will accept all motions, filings, summons electronically via email. Defendant Crystal Cox moves this court to grant permission allow Defendant Cox to file documents in this case electronically.

## Certificate of Service:

I hereby certify that I served the foregoing on May 9th, 2013

Mailed to:

United States District Court
of the Southern District of New York
Office of Pro Se Litigation
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

Crystal@CrystalCox.com

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368
USA

13 CV 3257

District of New York

Case Number Pending
Electronic Filing Certification

Crystal L. Cox, Plaintiff
1-5 John and Jane Doe Plaintiffs

v.

Defendant(s)

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I have completed the CM / ECF Tutorial and am familiar with the Electronic Filing Procedures, Best Practices, and with the Civil and Criminal Events Menu and am able to file electronically.

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I am familiar with the CM / ECF system and capable of filing electronically.

1



## Certificate of Service:

I hereby certify that I served the foregoing on May 9th, 2013

Mailed to:

**United States District Court
of the Southern District of New York
Office of Pro Se Litigation
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007**

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

Crystal@CrystalCox.com

2

