*PRO SE* OFFICE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK  10007

**Ruby J. Krajick**
CLERK OF COURT

May 17, 2013

Re:   Crystal Cox vs David Carr, etal. , 1:13-cv-3257 (U/A)

Dear Litigant:

Please be advised that your papers were received by the *Pro Se* Office on  5/14/2013  .

Your case number is    1:13-cv-3257 (U/A)  .  Please do not submit any additional documents in the above referenced matter, until a Judge has been assigned to your case.

If you have any questions, you may contact the *Pro Se* Office by letter or by telephone during our normal business hours, 8:30 a.m. - 5:00 p.m., Monday - Friday (except federal holidays) at (212) 805-0175.  Please note that we cannot accept collect calls.

Sincerely,

C. DeCasseres

*Finance Unit*
(212) 805-0632

**IMPORTANT NOTE:**

**YOU MUST IMMEDIATELY NOTIFY THE COURT OF ANY CHANGE OF ADDRESS BY SUBMITTING A LETTER TO THE *PRO SE* OFFICE OR YOU MAY RISK DISMISSAL OF YOUR CASE.**